Hilda Wolin, Appellant, v. Allan A. Ryan, Jr., Sued as Allen Ryan, Jr., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of Alberto deLeon, for a Writ of Habeas Corpus, to Bring up the Body of Juliette deLeon, an Infant for the Purpose of Awarding the Custody of Said Infant. Alberto deLeon, Petitioner, Appellant; Celia deLeon and Others, Respondents.— Order unanimously modified by striking out the provision that the father is not to handle the child during the visitations, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Etti Ashkenase, as Administratrix, etc., of Samuel Ashkenase, Also Known as Samuel Ash, Deceased, Appellant, v. Lubess Realty Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Orrin Clark, Appellant, v. Hungarian Discount & Exchange Bank, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the plaintiff to produce the bonds and coupons for inspection and discovery to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Florence W. Brill, Plaintiff, Respondent, and Belle H. Ackerman, Plaintiff, Intervenor, Respondent, Suing Herein on Behalf of Themselves and All Other Holders of Preferred Stock of the Defendant, G. R. Kinney Co., Inc., Who May Be Similarly Situated, v. G. R. Kinney Co., Inc., Defendant, Appellant. Noah Wollman Amdur, Suing as a Stockholder, etc., Plaintiff, Respondent, v. G. R. Kinney Co., Inc., and Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Florence W. Brill and Belle H. Ackerman. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The German Masonic Temple Association of the City of New York v. The City of New York and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.